# EXHIBIT A



BRIDGETON LANDFILL - EXISTING CONDITIONS